UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26CR150 JNE|LIB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRENT MICHAEL COOK,<br><br>Defendant. | **INDICTMENT**<br><br>18 U.S.C. § 113(a)(3)<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 1151<br>18 U.S.C. § 1153(a) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Assault With a Dangerous Weapon)**

On or about April 17, 2026, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**TRENT MICHAEL COOK,**

did assault Victim A, an Indian, with a dangerous weapon, to wit: a firearm, with the intent to do bodily harm, all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153(a).

**COUNT 2**
**(Using and Discharging a Firearm During and In Relation to a Crime of Violence)**

On or about April 17, 2026, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

LT SCANNED
AUG 2 6 2026
U.S. DISTRICT COURT MPLS

**TRENT MICHAEL COOK,**

did knowingly use and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Indictment, Assault With a Dangerous Weapon, which is hereby realleged and incorporated herein by reference; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures. If convicted of Count 1 or Count 2, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories, or ammunition involved in or used in the commission of the violation, including but not limited to:

1. a Rock Island Armory .45 caliber semiautomatic pistol bearing serial number RIA2928954; and
2. all accessories and ammunition seized therewith.

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON